# CHARLESTON.

Brabham *et al.* v. Phœnix Ins. Co. of Hartford Conn.

Submitted September 12, 1895—Decided Nov. 20, 1895.

Venue—Non-resident Insurance Co—Action.

> Under the provisions of chapter 123 of the Code, a non-resident insurance corporation may be sued on a policy of insurance in the county where the property insured was situated, or in any county in which it does business, or in which it has estate or debts due it, or in which the cause of action, or part thereof, arose.

Chas. E. Hogg, for plaintiffs in error.

D. W. BROWN and ADAM LITTLEPAGE, for defendant in error.

DENT, JUDGE:

Upon a writ of error by the plaintiffs to a judgment of the Circuit Court of Mason county in a certain suit instituted therein on a policy of insurance by E M. Brabham and J. W. Swank, plaintiffs, against the Pheonix Insurance Company of Hartford, Conn. defendant.

Omitting the assignment, this case is in all points similar with the case of *A. M. Carson, assignee, etc.*, against the same defendant, decided at this term of court, 41 W. Va. 136 (23 S. E. 552); and for the same reasons the judgment is reversed, the demurrer to the declaration is overruled, and the case is remanded for further proceedings.